# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARLO MARIE JENSEN,<br><br>　　　　　　　Defendant. | CASE NO. 04cr0361-BTM<br><br><br>**ORDER** |

Defendant Marlo Marie Jensen has made application for waiver of interest on the restitution payment, waiver of the $100 mandatory penalty assessment and early termination of supervised release. The government does not oppose waiving the interest on the fully paid restitution. Because Ms. Jensen timely satisfied the principal sum of restitution, interest is waived and her restitution judgment is deemed satisfied. The Clerk shall effect distribution of the restitution payments to the victims if it has not already been done. The waiver of the $100 penalty assessment is denied. The court denies early termination of supervised release. The defendant may reapply for early termination after January 1, 2008. At such time the government and the probation department shall advise the court of its position as to the need for further supervised release

**IT IS SO ORDERED.**

DATED:  June 19, 2007

　　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Cy:　　Ms. Marlo Jensen
　　　　12800 NE Sandy Blvd #46
　　　　Portland Oregon 97230

　　　　AUSA Steve Miller

　　　　US Probation

04cr361